LOVE v. INSURANCE CO. and INSURANCE CO. v. MOORE

No. 108 PC.

Case below: 45 N.C. App. 444.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

MAYTON v. HIATT'S USED CARS

No. 105 PC.

Case below: 45 N.C. App. 206.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

NEWGARD v. NEWGARD

No. 107 PC.

Case below: 44 N.C. App. 730.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

PAUL v. COMR. OF MOTOR VEHICLES

No. 53 PC.

Case below: 44 N.C. App. 731.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.

PIERCE v. PIVER

No. 88 PC.

No. 19 (Fall Term).

Case below: 45 N.C. App. 111.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 May 1980. Motion of plaintiffs to dismiss appeal for lack of substantial constitutional question denied 6 May 1980.